IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARNEY O. LYONS,

    Plaintiff,                      No. CIV S-06-2339 FCD DAD P

    vs.

ALVARO TRAQUINA, et al.,

    Defendants.            <u>ORDER</u>

          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed a motion to lift the stay in this action. On January 10, 2007, the assigned district judge stayed this action pending final disposition of plaintiff's state court action, raising some or all of the claims alleged in this action. Plaintiff has informed the court that the Solano County Superior Court has ruled in favor of defendants and closed his state case.

          This court previously advised plaintiff that once his parallel state action was concluded, plaintiff could proceed in this court on any claims alleged in this action that were not presented to the state court. Good cause appearing, the court will direct plaintiff to file an amended complaint containing the claims that he did not present to the state court.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint within thirty days of the date of this order.

DATED: July 11, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lyon2339.amc