(PC) Lyons v. Traquina, et. al.                                                                                    Doc. 16

Case 2:06-cv-02339-FCD-DAD    Document 16    Filed 07/23/2007    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARNEY O. LYONS,

    Plaintiff,                  No. CIV S-06-2339 FCD DAD P

    vs.

ALVARO TRAQUINA, et al.,

    Defendants.            <u>ORDER</u>

                              /

        Plaintiff has requested a sixty-day extension of time to file an amended complaint pursuant to this court's July 11, 2007 order. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 18, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted sixty days from the date of this order in which to file the amended complaint.

DATED: July 23, 2007.

                                                        /s/ Dale A. Drozd
                                                      DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
lyon2339.36amc