IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARNEY O. LYONS,

    Plaintiff,                    No. CIV S-06-2339 FCD DAD P

    vs.

ALVARO TRAQUINA, et al.,

    Defendants.           ORDER

_____/

        Plaintiff has requested a sixty-day extension of time to file an amended complaint pursuant to this court's July 11, 2007 order. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 18, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted sixty days from the date of this order in which to file the amended complaint.

DATED: July 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
lyon2339.36amc