IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARNEY O. LYONS,

    Plaintiff,                      No. CIV S-06-2339 FCD DAD P

    vs.

ALVARO TRAQUINA, et al.,

    Defendants.               ORDER

/

        Plaintiff has requested a third extension of time to file an amended complaint pursuant to the court's order of July 11, 2007. Good cause appearing, this request will be granted. However, no further extensions of time will be granted for this purpose. IT IS HEREBY ORDERED that:

        1. Plaintiff's October 15, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted 60 days from the date of this order in which to file his amended complaint. No further extensions of time will be granted for this purpose.

DATED: October 23, 2007.

                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
lyon2339.36ac