IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARNEY O. LYONS,

    Plaintiff,                        No. CIV S-06-2339 FCD DAD P

    vs.

ALVARO TRAQUINA, et al.,

    Defendants.                  ORDER

_____/

        On October 29, 2007, plaintiff filed an additional request for an extension of time to file an amended complaint. Plaintiff's request is dated October 25, 2007. On October 24, 2007, this court granted plaintiff's previous request for a 60-day extension of time. Accordingly, plaintiff's pending request will be denied as unnecessary, and this case will proceed in accordance with the court's October 24, 2007 order.

        IT IS HEREBY ORDERED that plaintiff's October 29, 2007 request for an extension of time (Docket # 22) is denied as unnecessary.

DATED: November 2, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lyon2339.36d