```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  BARNEY O. LYONS,
11            Plaintiff,              No. CIV S-06-2339 FCD DAD P
12       vs.
13  ALVARO TRAQUINA, et al.,          ORDER
14            Defendants.
15  _____/
```

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief under 42 U.S.C. § 1983. On May 19, 2008, defendant Kofoed answered plaintiff's amended complaint. On June 9, 2008, plaintiff requested an extension of time to file a response to defendant's answer. Plaintiff is advised that no response to defendant's answer is necessary or proper.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 9, 2008 request for an extension of time is denied as unnecessary; and

/////
/////
/////

1

2.  The case will proceed on the court's May 23, 2008 discovery order.

DATED: June 18, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lyon2339.miscd