UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

## CIVIL MINUTES - GENERAL

| Case No. | CV06-02339-RT | Date | December 21, 2009 |
|---|---|---|---|
| Title | Barney Lyons v. Alvaroc Traquina, et al. | | |

| Present: The Honorable | Robert J. Timlin |
|---|---|

| Patricia Gomez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   (IN CHAMBERS) ORDER GRANTING PLAINTIFF LYON'S REQUEST FOR 30-DAY EXTENSION OF TIME TO FILE HIS RESPONSE TO DEFENDANT JOHN KOFOED, M.D.'S SUMMARY JUDGMENT MOTION

   The court has received and reviewed plaintiff Barney Lyon's Request for a 30-Day Extension of Time filed December 16, 2009.  Plaintiff has shown good cause for an extension.  Therefore, the court GRANTS the request for a 30-day extension of time to respond to defendant John Kofoed, M.D.'s Motion for Summary Judgment filed October 7, 2009.  While plaintiff's opposition was previously due on or before December 21, 2009, it now must be served and filed by Monday, January 25, 2010.  Defendant's reply, previously due on January 11, 2010, now must be served and filed no later than Monday, February 15, 2010.  The motion will be deemed submitted for decision as of February 15, 2010.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | PG |